# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT WILLIAMS, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 2:18-cv-01837-BAT <br><br> **NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM** |

The matter has been assigned to United States Magistrate Judge Brian A. Tsuchida for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Second Amended General Order 01-15, 28 U.S.C. § 636, Local Magistrate Judge Rule 13, and Federal Rule of Civil Procedure 73.

Consent to a Magistrate Judge is voluntary. Any party may decline consent by signing at the bottom and emailing this form to agalelei_elkington@wawd.uscourts.gov, or faxing it to 206-370-8425, or mailing it to U.S. District Court, 700 Stewart Street, Suite 2300, Seattle, WA 98101. The form must be received by the court no later than **March 12, 2019**. Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge if this form is not returned by March 12, 2019. The identity of the parties

- 1

consenting or declining consent will not be communicated to any judge.

☐ **I decline consent and request the case be assigned to a District Judge**

_____    _____    _____

**Attorney/Party's Signature      Party Represented         Date**