UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT
SEATTLE

| | | |
|---|---|---|
| ROBERT and TANYA WILLIAMS, individually and as the guardian of M.W. #2, their minor child asserting claims, and MAKENZIE WILLIAMS, an individual, | ) ) ) ) ) | Cause No.:  C18-1837 RSM<br><br>STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) ) | |

## I.    STIPULATION

**COME NOW** Plaintiffs and Defendant, by and through their attorneys, and stipulate to allow Plaintiffs to file an amended complaint, as provided by Fed. R. Civ. P. 15 (a)(2) and LCR 15. The form of proposed First Amended Complaint for Damages, which indicates the changes to the original complaint, is attached hereto as Exhibit A.

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

Dated this 0th day of XXX, 0000.

**T H E  S U L L I V A N  L A W  F I R M**

By:*/s/Patrick J. Sullivan*
    Kevin P. Sullivan, WSBA No.: 11987
    Patrick J. Sullivan, WSBA No.: 50230
    701 Fifth Avenue Suite 4600
    Seattle, Washington 98104-7068
    Phone:    (206) 682-9500
    Facsimile:  (206) 260-2060
    *K.Sullivan@SullivanLawFirm.org*
    *P.Sullivan@SullivanLawFirm.org*
    Attorneys for Plaintiffs

**A L L E N ,  A L L E N ,  A L L E N  &  A L L E N**

By:*/s/Tara L. Tighe*
    Tara L. Tighe, *admitted pro hac vice*
    50 Dunn Drive, Suite 105
    Stafford, Virginia 22556
    Phone:    (866) 928-0563
    Facsimile:  (540) 657-9522
    *Tara.Tighe@allenandallen.com*
    Attorneys for Plaintiffs

**Brian T. Moran**
**United States Attorney**

By:*/s/Tricia Boerger by P.J.S. per email*
    Tricia Boerger, WSBA No. 38581
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone:    (206) 553-7970
    Facsimile:  (206) 553-4067
    *tricia.boerger@usdog.gov*
    Attorneys for Defendant

## II.    <u>ORDER GRANTING LEAVE TO AMEND COMPLAINT</u>

Based on the above stipulation of the parties, **IT IS ORDERED:**

1.    The Plaintiffs are granted leave to file an amended complaint; and

2.    The Plaintiffs shall file and serve the approved form of Amended Complaint attached as Exhibit A to the Stipulation and Order Granting Leave to Amend Complaint (Dkt. #17) within fourteen days, pursuant to LCR 15.

DATED this 19th day of July 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**T H E  S U L L I V A N  L A W  F I R M**
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

*Presented by:*
**THE SULLIVAN LAW FIRM**

By: */s/Patrick J. Sullivan*
    Kevin P. Sullivan, WSBA #: 11987
    Patrick J. Sullivan, WSBA #: 50230
    Attorneys for Plaintiffs


**ALLEN, ALLEN, ALLEN & ALLEN**

By: */s/Tara L. Tighe*
    Tara L. Tighe, *admitted pro hac vice*
    Attorneys for Plaintiffs

*Approved as to from, notice of presentation waived*
**Brian T. Moran**
**United States Attorney**

By: */s/Tricia Boerger by P.J.S. per email*
    Tricia Boerger, WSBA No. 38581
    Assistant United States Attorney
    Attorneys for Defendant

**THE SULLIVAN LAW FIRM**
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504