# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT and TANYA WILLIAMS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. 2:18-cv-1837-RSM <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial. Dkt. #28. The Court, having reviewed the record herein, and the parties' Motion, hereby finds good cause exists to continue this matter and ORDERS that the trial date is continued to May 10, 2021. A revised scheduling order will follow.

Dated this 10 day of March, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL - 1