The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

ROBERT and TANYA WILLIAMS, et al.,
                Plaintiff
   v.
UNITED STATES OF AMERICA
                Defendant.

CASE NO. 2:18-cv-01837-RSM

JOINT STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES

**Noted on Motion Calendar: December 7, 2020**

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following pretrial deadlines as set forth in the Court's March 11, 2020, Order Setting Trial Date and Related Dates (Dkt. No. 30), as set forth below.

//

//

JOINT STIPULATED MOTION FOR
EXTENSION OF PRETRIAL DEADLINES
[2:18-cv-01837-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for filing motions related to discovery | December 11, 2020 | March 1, 2021 |
| Expert Rebuttal Reports | December 11, 2020 (per FRCP) | March 1, 2021 |
| Discovery completed by | January 11, 2021 | March 22, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | February 9, 2021 | March 22, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | April 12, 2021 | April 21, 2021 |
| Agreed pretrial order due | | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | | |

Good cause exists for extending these deadlines. Although the parties have conducted extensive fact discovery to date, and expert disclosures have also been completed, the parties would like to focus their time and resources on preparing for a mediation that is scheduled for mid-February. The parties hope that in allowing more time to complete discovery, they can preserve the costs of expert depositions and any remaining fact discovery prior to the mediation. If a mediation is unsuccessful, this extension will allow the parties to then complete expert and any remaining fact discovery after the mediation. Extension of the deadlines referenced above will not impact the remaining deadlines set forth in the Court's March 11, 2020, Order, and listed below for the Court's convenience.

JOINT STIPULATED MOTION FOR
EXTENSION OF PRETRIAL DEADLINES
[2:18-cv-01837-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| SIX DAY BENCH TRIAL | May 10, 2021 | N/A |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | March 26, 2021 | N/A |
| Agreed pretrial order due | April 28, 2021 | N/A |
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | May 5, 2021 | N/A |

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed pretrial deadlines and respectfully request that the Court grant their motion.

**SO STIPULATED**.

Dated this 7th day of December, 2020.

*s/ Patrick J. Sullivan*
Patrick J. Sullivan, WSBA #50230
The Sullivan Law Firm
701 Fifth Avenue, Ste. 4600
Seattle, WA 98104
P.Sullivan@sullivanlawfirm.org

JOINT STIPULATED MOTION FOR
EXTENSION OF PRETRIAL DEADLINES
[2:18-cv-01837-RSM] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

*s/ Tara L. Tighe*
Tara L. Tighe, admitted *pro hac vice*
Allen Allen Allen & Allen
50 Dunn Drive Suite 105
Stafford, VA 22556
Tara.Tighe@AllenandAllen.com

Attorneys for Plaintiffs

**SO STIPULATED**.

Dated this 7th day of December, 2020.

BRIAN T. MORAN
United States Attorney


 *s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA #5195664
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  kristen.vogel@usdoj.gov

Attorney for Defendant United States

JOINT STIPULATED MOTION FOR
EXTENSION OF PRETRIAL DEADLINES
 [2:18-cv-01837-RSM] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 9th day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION FOR
EXTENSION OF PRETRIAL DEADLINES
[2:18-cv-01837-RSM] - 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970