The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT and TANYA WILLIAMS, et al., | CASE NO.  2:18-cv-01837-RSM |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO:     CLERK OF THE ABOVE-ENTITLED COURT; and

TO:     All Parties of Record:

**PLEASE TAKE NOTICE** that Defendant, United States of America, without waiving the

defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-

entitled cause of action, hereby enters a notice of appearance by Erin K. Hoar, Assistant United

States Attorney, who will act as co-counsel with Assistant United States Attorney Kristen R. Vogel

in the above-entitled matter.

//

NOTICE OF APPEARANCE
[2:18-cv-01837-RSM] - 1

1    You are advised that service of all further pleadings, notice, documents, or other papers

2    herein, exclusive of original process, may be made upon said Defendant by serving both attorneys

3    at the address stated below.

4         DATED this 5th day of February, 2021.

5                              Respectfully submitted,

6                              BRIAN T. MORAN
                              United States Attorney
7
                              *s/ Erin K. Hoar*
8                              ERIN K. HOAR, CA No. 311332
                              Assistant United States Attorney
9                              United States Attorney's Office
                              700 Stewart Street, Suite 5220
10                             Seattle, Washington 98101-1271
                              Phone:  206-553-7970
11                             Fax:  206-553-4067
                              Email:  erin.hoar@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24