The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT and TANYA WILLIAMS, et al., | CASE NO. 2:18-cv-01837-RSM |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | Noted For Consideration: April 7, 2021 |
| Defendant. | |

## JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

STIPULATION AND ORDER OF DISMISSAL
2:18-cv-01837-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 7th day of April, 2021.

TESSA M. GORMAN
Acting United States Attorney

THE SULLIVAN LAW FIRM

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA No. 5195664

*s/ Patrick J. Sullivan*
PATRICK J. SULLIVAN, WSBA No. 50230
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
Email: p.sullivan@sullivanlawfirm.org

*s/ Erin K. Hoar*
ERIN K. HOAR, CA No. 311332
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
Email:  kristen.vogel@usdoj.gov
Email:  erin.hoar@usdoj.gov

ALLEN ALLEN ALLEN & ALLEN

*s/ Tara L. Tighe*
TARA L. TIGHE, *admitted pro hac vice*
50 Dunn Drive, Suite 105
Stafford, Virginia 22556
Email: tara.tighe@allenandallen.com

*Attorneys for Defendant United States of America*

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL
2:18-cv-01837-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 8th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
2:18-cv-01837-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970